## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| In the Matter of a Member of | § | |
| The Bar of the Supreme Court | § | Case No. 143, 2016 |
| of Delaware: | § | |
| | § | Board Case No. 112424-B |
| **ADAM D. GELOF,** | § | |
| | § | |
| Respondent. | § | |

Before **HOLLAND, VALIHURA,** and **VAUGHN,** Justices.

### O R D E R

This 3rd day of August, 2016, the Respondent, Adam D. Gelof, has filed an affidavit of complete compliance with the terms of his suspension, pursuant to Board Procedural Rule 22(b). The Office of Disciplinary Counsel agrees with those representations. The Respondent, Adam D. Gelof, is permitted to return to the practice of law effective August 1, 2016, *nunc pro tunc*.

BY THE COURT:

_____
Justice